UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KRISTINA KATAYAMA,

        Plaintiff,

    v.

UNITED STATES OF AMERICA,

        Defendant.

CASE NO. C07-167JLR

ORDER

      This matter comes before the court on Defendant's motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (Dkt. # 13). Defendant seeks relief from an order granting Plaintiff's motion to quash an administrative subpoena issued by the Securities and Exchange Commission ("SEC") on behalf of the Defendant and served upon US Bank. See January 12, 2007 Order, Case No. MS06-191RSM (Dkt. # 7). The court GRANTS Defendant's motion for relief from judgment based on Plaintiff's failure to serve the underlying motion to quash on Defendant. The judgment entered on January 12, 2007 is VACATED.

ORDER – 1

1   Plaintiff's motion to quash the SEC's subpoena is now before the court and has
2   been fully briefed by the parties.  The court therefore notes Plaintiff's motion to quash for
3   consideration without a hearing for March 16, 2007.

   Dated this 26th day of February, 2007.

                                              _____
                                              JAMES L. ROBART
                                              United States District Judge

ORDER – 2